1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    STRATEGIC ACQUISITIONS, INC.,                    No.  2:15-cv-717-MCE-EFB PS

10                   Plaintiff,

11        v.                                          ORDER

12   GILBERT HEREDIA; LORI HEREDIA,

13                   Defendants.

14

15        On April 6, 2015, the magistrate judge filed findings and recommendations herein which

16   were served on the parties and which contained notice that any objections to the findings and

17   recommendations were to be filed within fourteen days.  No objections were filed.

18        The court has reviewed the applicable legal standards and, good cause appearing,

19   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

20        Accordingly, IT IS ORDERED that:

21        1.  The proposed Findings and Recommendations filed April 6, 2015, are ADOPTED; and

22        2.  The above-captioned case is REMANDED to the Superior Court of the State of

23   California in and for the County of Alameda.

24   Dated:  May 19, 2015

25

26   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
27   UNITED STATES DISTRICT COURT

28